AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>ALVIN SUMMERS<br>DOB: xx/xx/xxxx<br>PDID: xxx-xxx<br><br>*Defendant(s)* | Case: 1:25-mj-00144<br>Assigned To: Judge Upadhyaya, Moxila A.<br>Assign. Date: 8/16/2025<br>Description: COMPLAINT W/ARREST WARRANT |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __08/15/2025__ in the county of _____ in the _____ District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 111(a)(1) | did unlawfully, knowingly, and intentionally forcibly assault, resist, oppose, impede, intimidate, or interfere with a person designated in section 1114 of Title 18, United States Code, while engaged in or on account of the performance of that person's official duties. |

This criminal complaint is based on these facts:

SEE ATTACHED STATEMENT OF FACTS

☑ Continued on the attached sheet.

*Complainant's signature*

SA, John Joyce, FBI

*Printed name and title*

Sworn to before me and signed in my presence.

Date: 08/16/2025

*Judge's signature*

City and state: Washington, D.C.   Moxila A. Upadhyaya, Magistrate Judge

*Printed name and title*