AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

FID 9494381

**RECEIVED**
By USMS District of Columbia District Court at 12:24 pm, Aug 18, 202[5]

United States of America
v.
ALVIN SUMMERS
DOB: xx/xx/xxxx
PDID: xxx-xxx

*Defendant*

Case: 1:25-mj-00144
Assigned To: Judge Upadhyaya, Moxila A.
Assign. Date: 8/16/2025
Description: COMPLAINT W/ARREST WARRANT

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   ALVIN SUMMERS,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 111(a)(1) (Assaulting, Resisting, or Impeding Certain Officers or Employees)

Date: 08/16/2025

*Issuing officer's signature*

City and state:   WASHINGTON, DC

MOXILA A. UPADHYAYA, U.S. Magistrate
*Printed name and title*
Judge

### Return

This warrant was received on *(date)* 8/18/2025, and the person was arrested on *(date)* 8/18/2025
at *(city and state)* Washington, D.C.

Date: 8/18/2025

*Arresting officer's signature*

Daniel Padilla  DUSM - USMS
*Printed name and title*